IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBY KIMBLE,

    Plaintiff,

                                             Case No.  17-cv-689-wmc

    v.

KARTMAN, BROWN, DR. HOEM,
D. GARDNER, MS. DICKMAN,
DAN WINKIESKI, GARY BOUGHTON
and MS. MINK,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.


| /s/ | 8/26/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |